No. 05–6476. ANDRADE *v.* GONZALES, ATTORNEY GENERAL, ET AL. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of 8 U. S. C. § 1252(a)(2)(D).

No. 05–8103. MAGEE *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals,* 506 U. S. 1 (1992) *(per curiam).* JUSTICE STEVENS dissents. See *id.,* at 4, and cases cited therein.

No. 05A524. CHILINGIRIAN *v.* UNITED STATES; and
No. 05A594. LEJA *v.* UNITED STATES. Applications for bail, addressed to JUSTICE SCALIA and referred to the Court, denied.

No. 05A651. LOPEZ *v.* TEXAS. Ct. App. Tex., 4th Dist. Application for stay, addressed to JUSTICE SOUTER and referred to the Court, denied.

No. D–2420. IN RE DISCIPLINE OF SIMURO. Valerie Theresa Simuro, of Brooklyn, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.